AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of NEVADA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:16-mj-00200-GWF |
| | ) | |
| LUIS CUEVAS | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse<br>333 Las Vegas Blvd., So.<br>Las Vegas, NV 89101 | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | 03/30/2016 at 03:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

This hearing will be conducted by the
Honorable Nancy J. Koppe, U.S. Magistrate Judge

Date: Mar 23, 2016

*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



____ FILED   ____ RECEIVED
____ ENTERED ____ SERVED ON
         COUNSEL/PARTIES OF RECORD

MAR 2 3 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY